## July 30, 1998

| | | |
|---|---|---|
| 20018 | Estate of Romero, In re | Affirmed |
| 20948 | Government Employees Ins. Co., Inc. v. Alamo Rent–A–Car Inc. | Affirmed |
| 19564 | State v. Richardson | Affirmed |

## July 31, 1998

| | | |
|---|---|---|
| 20737 | State v. Anaya | Affirmed |
| 20891 | State v. Cottrell | Affirmed |
| 20286 | State v. Muramoto | Affirmed |

## August 3, 1998

| | | |
|---|---|---|
| 21011 | Doe, In Interest of | Affirmed |
| 20867 | Credguard Corp. v. Kreizenbeck | Affirmed |
| 20785 | State v. Ogawa | Affirmed |

## August 5, 1998

| | | |
|---|---|---|
| 21137 | Foster v. Hutchinson | Affirmed |
| 20993 | O'Connor v. Muramoto | Affirmed |
| 21207 | State v. Choo | Vacated |
| 20465 | State v. Jelks | Affirmed |
| 21072 | State v. Oliveros | Affirmed |
| 21306 | State v. Vares | Affirmed |

## September 10, 1998

| | | |
|---|---|---|
| 19276 | M & W, Inc. v. Pacific Guardian Life Ins. Co. Ltd. | Affirmed |
| 21232 | State v. Pua | Affirmed |